**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RODRIC D. COHNS**                                                                                     **PLAINTIFF**

v.                                         **CASE NO. 4:14CV00453 BSM**

**GARY STEWART et al.**                                                                                **DEFENDANTS**

## ORDER

The recommended disposition ("recommendation") filed by Magistrate Judge Beth Deere has been reviewed. No objection has been filed. After careful consideration, the recommendation is hereby adopted in all respects.

Defendants' motion for summary judgment [Doc. No. 54] is granted and Rodric Cohns's claims are dismissed with prejudice.

IT IS SO ORDERED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE